Francisco Gerardo MELENDEZ–CARRASCO; Maria Del Socorro Maria Del Socorro Contreras De Melendez; Nereyda Melendez–Contreras, Petitioners,

v.

John ASHCROFT, U.S. Attorney General, Respondent.

No. 02–70010.

INS Nos. A76–857–944, A76–857–945, A76–857–946.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable David C. Bury, United States District Judge for the District of Arizona, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Submitted Feb. 10, 2003.*

Decided Feb. 14, 2003.

Before CANBY, O'SCANNLAIN and W. FLETCHER, Circuit Judges.

## MEMORANDUM**

Petitioner Francisco Melendez–Carrasco appeals the BIA's dismissal of his appeal of the immigration judge's denial of his asylum claim.[1] The BIA's finding that petitioner failed to demonstrate either past persecution or a well-founded fear of future persecution is supported by substantial evidence. Even if Melendez–Carrasco subjectively fears future persecution, there is nothing in the record that would support a finding that petitioner faces persecution based on his race, religion, nationality, social group, or political opinion (imputed or actual). *See* 8 U.S.C. § 1101(a)(42)(A); *Arriaga–Barrientos v. INS,* 937 F.2d 411, 414 (9th Cir.1991).

Petitioners Melendez–Carrasco and Maria Del Socoro Contreras De Melendez also purport to assert a due process challenge to the BIA's interpretation of Section 240A(b) of the Immigration and Nationality Act, 8 U.S.C. § 1229b. This claim is so insubstantial that we do not have jurisdiction over that aspect of their petition.

We therefore dismiss the petition.

1. Petitioner Nereyda Melendez–Contreras's asylum claim is derivative of her father's.

